UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CR40 RLW |
| ) | |
| JEVON STRAYHORN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Memorandum, and Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 58). Defendant Strayhorn filed a Motion to Suppress Evidence and Statements (ECF No. 39), and the Government filed a Response to Motion to Suppress (ECF No. 40). On September 14, 2016, Magistrate Judge Collins held an evidentiary hearing on the Motion to Suppress Evidence and Statements.

Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Collins, who filed a Memorandum, and Report and Recommendation on November 14, 2016 (ECF No. 58). Defendant Strayhorn filed objections to the Report and Recommendation on November 22, 2016 (ECF No. 61), and the Government filed its response on December 1, 2016 (ECF No. 61). Defendant Strayhorn summarily states that he objects to Magistrate Judge Collins' findings of fact, legal conclusions, and recommendations contained in the Report and Recommendation. However, Defendant fails to provide any countervailing rationale for his position, other than the arguments previously raised before the Magistrate Judge. The Court finds that Defendant Strayhorn's objections are not persuasive.

Magistrate Judge Collins recommends that the Motion to Suppress Evidence and Statements (ECF No. 39) be denied. After *de novo* review of this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 58) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Strayhorn's Motion to Suppress Evidence and Statements (ECF No. 39) is **DENIED**.

Dated this 6th day of December.

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**